No. 71–1708. BUDZANOSKI ET AL. *v.* SABOLSKY ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–5610. ROLLINS ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 71–5769. RODRIGUEZ *v.* OLSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 71–6127. OSBORNE ET AL. *v.* NOBLES. Ct. App. Ga. Certiorari denied.

No. 71–6155. JOSHUA *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 71–6226. DESSUS *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 71–6243. AMOS *v.* McCARTHY. C. A. 9th Cir. Certiorari denied.

No. 71–6260. MacLEOD *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 71–6301. ENRIQUEZ *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–6309. RALLS *v.* MISSOURI. K. C. Ct. App. Mo. Certiorari denied.

No. 71–6321. THOMAS *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–6329. ESTES *v.* NORTHCROSS ET AL. C. A. 6th Cir. Certiorari denied.

No. 71–6349. WEAVER *v.* TEXAS. C. A. 5th Cir. Certiorari denied.